IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-228-M-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| MICHAEL SHAWN JOHNSON, JR. | ) | |

The Grand Jury charges that:

On or about June 29, 2024, in the Eastern District of North Carolina, the defendant, MICHAEL SHAWN JOHNSON, JR., knowing he was subject to a court order issued on February 8, 2023, by the Court of Common Pleas of York County, Pennsylvania, under docket number 2021-FC-002343-12A, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening his child, that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such child that would reasonably be expected to cause bodily injury, did knowingly possess a firearm, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(8) and 924.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) Springfield Armory XD .40 caliber handgun, bearing serial number XD542444.

[remainder of page intentionally left blank]

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

24 Juy 2024
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

*/s/ Lori B. Warlick*
BY: LORI B. WARLICK
Assistant United States Attorney